In the Matter of S. SAMUEL WEINBERGER, an Attorney, Appellant; ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK, Respondent.

Argued April 17, 1941; decided May 22, 1941.

*Robert Daru* and *Maurice Hellman* for appellant.

*Chester B. McLaughlin, Samuel C. Lewis* and *Einar Chrystie* for respondent.

Order affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.